**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GLENN AND WENDY DIEHL, H/W AND
DANIEL AND SUSAN SCOTT, H/W AND
GAYATHRI AND SRIRAM KRISHNAN,
H/W AND RASHMI RADHAKRISHNAN
AND LISA PARVISKHAN AND JOSEPH
AND ANN WORRELL, H/W

          v.

THE CUTLER GROUP, INC.

PETITION OF: JOSEPH AND ANN
WORRELL, H/W

:  No. 565 MAL 2016
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal

is **DENIED**.

      Justice Mundy did not participate in the consideration or decision of this matter.